# EXHIBIT A

COMMONWEALTH OF KENTUCKY
JEFFERSON DISTRICT COURT

NO. 16CI012544
DIVISION 2

SERVICE FINANCIAL COMPANY                 PLAINTIFF
P.O. Box 16358
Louisville KY 40256

VS.                      **COMPLAINT**

BRANDON ALBERHASKY                 DEFENDANT

SERVE:    Kentucky Secretary of State (KRS 454.210)
            Capitol Building
            Frankfort, KY 40601

\*\*\* \*\*\* \*\*\*

Comes the Plaintiff, by counsel, and for its cause of action herein states as follows:

1. The Defendant is indebted to Plaintiff under the terms of a Contract, a copy of which is filed herewith as Exhibit "A".

2. Said obligation is past due and the Defendant owes the Plaintiff the sum of $3,949.08, with a finance charge of 19.9900% per annum from June 24, 2013 to date of judgment, and then with interest at the rate of 12.0000% per annum thereafter until paid.

3. Said obligation has been referred to Plaintiff's attorney, who is not a regularly salaried employee of Plaintiff, and therefore, pursuant to KRS 411.195, the Defendant is responsible for Plaintiff's reasonable attorney fees.

4. Said obligation arises from the defendant's transacting business in the Commonwealth of Kentucky.

FILE NO. 34986.001

5. The Secretary of State of Kentucky is deemed to be the statutory agent of the Defendant pursuant to KRS 454.210(3)(a).

WHEREFORE, the Plaintiff, by counsel, demands judgment against the Defendant for the sums, plus interest as set forth above, and court costs.

DEATRICK & SPIES, P.S.C.

BY: _____
L. TYLER SPIES   (KBA#66880)
AMANDA L. BAKER (KBA#94273)
COUNSEL FOR PLAINTIFF
P.O. Box 4668
Louisville, KY  40204
(502) 583-9607

FILE NO. 34986.001

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT No.  | Seller AUTOSMART 2 6626 PRESTON HWY LOUISVILLE, KY 40219 | Buyer BRANDON ALBERHASKY |
|---|---|---|
| Date 5/07/13 | "We" and "us" mean the Seller above, its successors and assigns. | "You" and "your" mean each Buyer above, and guarantor, jointly and individually. |

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE The total cost of your purchase on credit, including your down payment of $ 1,200.00 |
|---|---|---|---|---|
| 19.99 % | $ 1,557.78 | $ 6,524.00 | $ 8,581.78 | $ 9,281.78 |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 52 | 155.00 | BI-WEEKLY BEGINNING 6/22/13 |
| 1 | 21.78 | 6/20/15 |

INCLUDES PICK-UP NOTE OF $500.00, DUE: 5/25/13; 6/08/13

**Security:** You are giving a security interest in the Motor Vehicle purchased.
☒ **Late Charge.** If a payment is more than __0__ days late, you will be charged __0__% of the unpaid amount of the payment due or $0, whichever is greater.
**Prepayment:** If you pay off this Contract early, you ☐ may ☐ will not have to pay a Minimum Finance Charge.
**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit health (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life:** Insured _____
☐ Single ☐ Joint Prem. $ __N/A__ Term _____
**Credit Health:** Insured _____
☐ Single ☐ Joint Prem. $ __N/A__ Term _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

Buyer _____ d/o/b  Buyer _____ d/o/b

Buyer _____ d/o/b  Buyer _____ d/o/b

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may freely choose the agent and insurer through or by which your insurance is placed. We will not refuse any adequate insurance policy that you provide. The collision coverage deductible may not exceed $ __N/A__.
If you get insurance from or through us you will pay $ __N/A__
for __N/A__ of coverage.
This premium is calculated as follows:
☐ $ __N/A__ Deductible, Collision Cov. $ __N/A__
☐ $ __N/A__ Deductible, Comprehensive $ __N/A__
☐ Fire-Theft and Combined Additional Cov. $ __N/A__
☐ __N/A__ $ __N/A__
Liability insurance coverage for personal liability and property damage caused to others is not included in this Contract unless checked and indicated.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| Vehicle Price (incl. sales tax of $ 330.00) | $ | 7,325.00 |
| Service Contract, Paid to: | $ | N/A |
| Cash Price | $ | 7,325.00 |
| Manufacturer's Rebate | $ | N/A |
| Cash Down Payment | $ | 700.00 |
| Deferred Down Payment | $ | 500.00 |
| a. Total Cash/Rebate Down | $ | 1,200.00 |
| b. Trade-In Allowance | $ | N/A |
| c. Less: Amount owing | $ | N/A |
| Paid to: _____ | | |
| d. Net Trade-In (b. minus c.) | $ | N/A |
| e. Net Cash/Trade-In (a. plus d.) | $ | 1,200.00 |
| Down Payment (e.; disclose as $0 if negative) | $ | 1,200.00 |
| Unpaid Balance of Cash Price | $ | 6,125.00 |
| Amount to Finance line e. (if e. is negative) | $ | 0.00 |
| Paid to Public Officials, including filing fees | $ | 52.00 |
| Insurance Premiums paid to insurance company(ies) | $ | N/A |
| To: Doc Prep Fee | $ | 198.00 |
| To: _____ | $ | N/A |
| To: Service Charge | $ | 149.00 |
| To: Service Charge | $ | N/A |
| To: _____ | $ | N/A |
| To: _____ | $ | 0.00 |
| Total Other Charges/Amounts Pd. to Others | $ | 399.00 |
| Less: Prepaid Finance Charges | $ | 0.00 |
| Amount Financed | $ | 6,524.00 |

We may retain or receive a portion of any amounts paid to others.

☒ **SINGLE-INTEREST INSURANCE:** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ __149.00__ for __25 Months__ of coverage.

Retail Installment Contract and Security Agreement-KY
VMP® Bankers Systems™
Wolters Kluwer Financial Services © 1996

VMPC519(KY) (1206).00
RSSIMVLAZ-KY 6/29/2012
Page 1 of 3

_____ / _____
Customer Initials

EXHIBIT __A__


☐ **SERVICE CONTRACT:** With your purchase of the Vehicle, you agree to purchase a Service Contract to cover ___N/A___

This Service Contract will be in effect for _____

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the Motor Vehicle (Vehicle) and services described below. The Vehicle is sold in its present condition, together with the usual accessories and attachments.

Description of Vehicle Purchased
Year 2003
Make TOYOTA
Model ECHO  ☐ New ☒ Used
Other:

Description of Trade-In
N/A

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called Property, and proceeds of the Property. Our interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Contract, or they are installed in or affixed to the Vehicle.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ __6,524.00__ , plus finance charges accruing on the unpaid balance at the rate of __19.99__ % per year from today's date until maturity. Finance charges accrue on a __365__ day basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at __19.99__ % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURES. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ __N/A__ if you pay this Contract in full before we have earned that much in finance charges.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED.
☒ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

☐ **ADDITIONAL CHARGE:** You agree to pay a processing fee of $ __N/A__ that will be ☐ paid in cash.
☐ financed over the term of the Contract.

**PREPAYMENT:** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full.
A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**GENERAL TERMS:** You have been given the opportunity to purchase the Vehicle and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Vehicle and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the TRUTH IN LENDING DISCLOSURES assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.
We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.
You understand and agree that we (or our affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that you buy through us or our affiliate.
If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract.

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Property, you represent and agree to the following:
A. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property ahead of the claim of anyone else.
B. The security interest you are giving us in the Property comes ahead of the claim of any other of your general or secured creditors. You agree to sign any additional documents or provide us with any additional information we may require to keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
C. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.
D. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent.
E. You will pay all taxes and assessments on the Property as they become due.
F. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
A. You fail to perform any obligation that you have undertaken in this Contract.
B. We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.
If you default, you agree to pay our costs for collecting amounts owing, including, without limitation, court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay our reasonable attorneys' fees after default and referral to an attorney who is not our salaried employee.
If an event of default occurs as to any one of you, we may exercise our remedies against any or all of you.

**REMEDIES:** If you are in default on this Contract, we have all of the remedies provided by law and this Contract:
A. We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
B. We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.
C. We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
D. We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.

Retail Installment Contract and Security Agreement-KY
VMP® Bankers Systems™
Wolters Kluwer Financial Services © 1995

VMPC518(KY) (1208).00
RBSIMVLAZ-KY 6/29/2012
Page 2 of 3

___/___
Customer Initials

We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.

E. Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above.

**INSURANCE:** You agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the PROPERTY INSURANCE section, or as we will otherwise require. You will name us as loss payee on any such policy. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages not required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

A. You must pay this Contract even if someone else has also signed it.
B. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
C. We may release any security and you will still be obligated to pay this Contract.
D. If we give up any of our rights, it will not affect your duty to pay this Contract.
E. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**WARRANTY:** Warranty information is provided to you separately.

**WAIVER:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.

**ASSIGNMENT:** This Contract and Security Agreement is assigned to AUTO VENTURE ACCEPTANCE, LLC , the Assignee, phone 502-969-3600 . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

---

**THIRD PARTY AGREEMENT**

By signing below you agree to give us a security interest in the Property described in the SALE section. You also agree to the terms of this Contract, including the WAIVER section above, except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend, change this Contract, or release any party or property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.   *Assigned to Stock Yards Bank & Trust Company*

_____
Signature                         Date

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**IF YOU ARE BUYING A USED VEHICLE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

This Contract requires that a copy of it be furnished to you at the time it is executed.

**NOTICE TO THE BUYER**
(1) DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. (3) UNDER THE LAW, YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS TO OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE. (4) THIS CONTRACT SHALL BECOME EFFECTIVE ONLY WHEN SIGNED AND EXECUTED BY THE BUYER AND SELLER.

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1, 2 AND 3 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer:

_____ 5/07/13
Signature                                Date

_____
Signature                                Date

_____ 5/07/13
Signature                                Date

Seller: By _____

---

Retail Installment Contract and Security Agreement-KY
VMP® Bankers Systems™
Wolters Kluwer Financial Services © 1995

This contract is assigned without recourse from Auto Venture Acceptance LLC to River City Adjustment Bureau, Inc. dba Service Financial Company
BY: _____   Title: Acct Mgr  Date: 10-10-16

VMPC518(KY) (1208).00
RSSIMVLA2-KY 6/29/2012
Page 3 of 3